**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

TYLER BAKER, individually and on behalf
of all others similarly situated,

                  Plaintiff,

   v.

BLOOMBERG L.P.,

               Defendants.

Civil Action No.:  1:22-cv-04988-VSB

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

       Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Tyler Baker hereby

dismisses without prejudice all claims against Defendant Bloomberg L.P.

Dated:  New York, New York
       August 10, 2022

            */s/  Joshua D. Arisohn*
               Joshua D. Arisohn

**BURSOR & FISHER, P.A.**

Joshua David Arisohn
Bursor & Fisher P.A.
888 Seventh Avenue
New York, NY 10019
646-837-7150
Fax: 212-989-9163
Email: jarisohn@bursor.com

*Attorney for Plaintiff*